UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Roger D. Hoplin and Wendy A. Hoplin,

Plaintiffs,

v.

American Home Products Corp.,
A. H. Robins Company, Inc., and
Wyeth-Ayerst Laboratories Co.,

Defendants.

Civil 00-724 JRT/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: March 31, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED MAR 3 1 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

[docket ] CIVIL/CRIMINAL [vdkttext]
3. Docket [TEXT]

Docket # : :0 -cv-724
Short Title: Hoplin v. American Home Corp REFER
Type: cv - Judge: Tunheim Magistrate: Noel

------------Event--------------Action--------------Relief------------Trans #----
o - - |ord |cs ref - | 1200595

+----------------------------------------------------------------+
ORDER OF RECUSAL ( Magistrate Judge Franklin L. Noel / 3/31/00) |Case referred to Magistrate Judge Jonathan G. Lebedoff| (PLEASE PUT 00-724JRT/JGL AS THE FILE NO. ON ALL FUTURE FILINGS) 1pg(s) (cc: all counsel)

+editing docket text--------------------------------------------+

Command mode (? for commands)